NATHAN Z. KAUFMAN, ESQ.  
*Attorney for PVC Management Properties, LLC*  
  *Debtor and Debtor-in-Possession*  
30-30 47th Avenue, 6th Floor  
Long Island City, New York 11101  
(646) 504-4695  

Presentment Date: August 21, 2012, 11:30 AM  
If Objections: August 28, 2012, 11:30 AM  

# United States Bankruptcy Court
## Eastern District of New York

In re   **PVC Management Properties, LLC**  
                Debtor  

Case No.   **1-12-42250-nhl**  
Chapter    **11**  

### NOTICE OF PRESENTMENT OF STIPULATED ORDER RESOLVING DEBTOR'S REQUEST TO USE CASH COLLATERAL

**PLEASE TAKE NOTICE** that the undersigned shall present the annexed Stipulated Order to the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, 271 Cadman Plaza East, Brooklyn, New York, for signature on the 21st day of August, 2012, at 11:30 AM.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed Stipulated Order, with proof of service, is filed with the Clerk of the Court on or before August 14, 2012, in a manner consistent with Local Rules 5005-1 and 2002-1(e), there will not be a hearing and the order may be signed.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed, a hearing shall be held before the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, 271 Cadman Plaza East, Brooklyn, New York on August 28, 2012, at 11:30 AM. The Debtor and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated   July 27, 2012  
          Long Island City, New York  

                                                                NATHAN Z. KAUFMAN, ESQ.  
                                                                *Attorney for Debtor*  
To:   All Persons and entities on the                           30-30 47th Avenue, 6th Floor  
        annexed service list                                    Long Island City, New York 11101  
                                                                (646) 504-4695  
                                                                nathan@nzklaw.com

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

**American Express Bank, FSB**
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Citibank N.A.
c/o Citicards Credit Svcs
PO Box 6000
The Lakes, NV 89163

**New York City Dept. of Finance**
345 Adams Street, 3rd Floor
Brooklyn, NY 11201

Attn: Bankruptcy Unit

Patricia Draghine
903 Albany Avenue
Brooklyn, NY 11203

SBC 2010-1 LLC
c/o Lauterbach Garfinkel
22 West 38th St., 12th Fl
New York, NY 10018

SBC 2010-I, LLC
c/o Eric Horn
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Office of the U.S. Trustee
Attn: William Curtin, Esq.
271 Cadman Plaza East, Suite 4529
Brooklyn, New York 11201

Hon. Nancy Hershey Lord
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271 Cadman Plaza East - Ste 1595
Brooklyn, NY 11201

**New York City Water Board**
Department of Environmental Protection
59-17 Junction Blvd.
Bankruptcy Unit 13th Floor
Flushing, NY 11373-5108